IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARVIN ALSBROOK,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.  24-6535 |
| | : | |
| **JASON BOHINSKI,** *et al.,* | : | |
| Respondents. | : | |

# ORDER

AND NOW, this 29th day of October 2025, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, Judge Sitarski's Report and Recommendation (DI 13), petitioner's objections (DI 16), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The Report and Recommendation (DI 13) is **APPROVED** and **ADOPTED**.

2. The petitioner's objections (DI 16) are **OVERRULED**.

3. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** with prejudice, as untimely.

4. There is no basis for the issuance of a certificate of appealability.

5. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**